UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LVDG SERIES 107, established under LVDG, a Nevada series limited liability company,<br><br>Plaintiff,<br>v.<br><br>MAGGIE BARTON, individually and as trustee of the GOMEZ FAMILY TRUST u/t/d/ June 25, 1996, et al.,<br><br>Defendants. | Case No. 3:13-cv-00463-MMD-VPC<br><br>ORDER |

This action was filed on August 28, 2013. On April 1, 2014, the Court issued a notice of intent to dismiss Jose D. Gomez, Betty V. Gomez and Secretary of Housing & Urban Development pursuant to Fed. R. Civ. P. 4(m) unless proof of service upon them is filed by May 1, 2014. (Dkt. no. 51.) To date, no proof of service as to these defendants has been filed.

Accordingly, it is ordered, adjudged and decreed that Jose D. Gomez, Betty V. Gomez and Secretary of Housing & Urban Development are dismissed from this action.

DATED THIS 6th day of May 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE